# Exhibit 1

# New York State INCIDENT REPORT

| 1. Agency | 2. Div/Precinct | 3. ORI | 5. Case No. | 6. Incident No. |
|---|---|---|---|---|
| D1 TROOP D - ZONE 1 | D161 | NY1320100 | 13D161B | 5440754 |

| 7,8,9. Date Reported (Day, Date, Time) | 10,11,12. Occurred On/From (Day, Date, Time) | 13,14,15. Occurred To (Day, Date, Time) |
|---|---|---|
| THURSDAY 12/26/2013 16:00 | THURSDAY 12/26/2013 16:00 | |

| 16. Incident Type | 17. Business Name |
|---|---|
| SEX OFNS-SEX OFFENSES | N/A |

**19. Incident Address (Street Name, Bldg. No., Apt. No.)**

**20. City/State/Zip**

| 21. Location Code (TSLED) | 23. No. of Victims | 24. No. of Suspects | 26. Victim also Complainant? |
|---|---|---|---|
|  | 1 | 1 | NO |

**Location Type**
SINGLE FAMILY HOME

**Dispatcher Notes**
SP Oneida BCI - Sexual abuse 1st - Investigator Andrew D. Wilmot assigned

| 22. OFF. No. | LAW | SECTION | SUB | CL | CAT | DEG | ATT | NAME OF OFFENSE | CTS |
|---|---|---|---|---|---|---|---|---|---|
| 1. | PL | 130.65 | 03 | D | F | 1 | C | SEX ABUSE 1ST: SEX CONTACT W/PERSON LESS THAN 11 YRS O | 1 |
| 2. | PL | 260.10 |  | A | M | 0 | C | ENDANGERING WELFARE OF CHILD | 1 |

## ASSOCIATED PERSONS



| 25. TYPE | Name (Last, First, Middle, Title) | DOB | Street Name Bldg., Apt.No., City, State, Zip | Res Phone Bus Phone |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| SUSPECT | MAHER, RYAN, M | 6 |  |  |
| VICTIM |  ,  ,  |  |  |  |

## VICTIM

| Name | 27. DOB | 28. Age | 29. Gender | 30. Race | 31. Ethnicity | 32. Handicap | 33. Residence |
|---|---|---|---|---|---|---|---|
|  , |  | 04 | FEMALE | WHITE | NOT HISPANIC | NO | RESIDENT |

## SUSPECT

| Person ID # | 34. Type | 35. Name (Last, First, Middle) | | | | |
|---|---|---|---|---|---|---|
| 2538245 | SUSPECT | MAHER, RYAN, M | | | | |

| 37. Apparent Condition | 38. Address (Street Name, Bldg., Apt. No., City, State, Zip) | | | | | |
|---|---|---|---|---|---|---|
| APPARENTLY NORMAL | | | | | | |

| 39a. Home Phone | 39b. Work Phone | 40. Social Security | 41. DOB | 42. Age | 43. Gender | 44. Race |
|---|---|---|---|---|---|---|
| | | | | 27 | MALE | WHITE |

| 45. Ethnicity | 46. Skin | 47. Occupation |
|---|---|---|
| NOT HISPANIC | LIGHT | LABORER |

| 48. Height | 49. Weight | 50. Hair | 51. Eyes | 52. Glasses | 53. Build |
|---|---|---|---|---|---|
| 5ft. 7in. | 160lbs. | BROWN | GREEN | NO | NORMAL |

| 54. Employer/School | 55. Employer Address |
|---|---|
| NA | NY |

**56. Scars/Marks/Tattoos /Description**

**36. Alias/Nickname/Maiden Name**

| Last Name | First Name | MiddleName |
|---|---|---|
| | | |

## PROPERTY

| 58. Name | Property Status |
|---|---|
| MAHER, RYAN M | SEIZED |
| **Property Type** | **Make or Model / Drug** |
| COMPUTER HARDWARE/SOFTWARE | SAMSUNG SCH-S738C |
| **Serial No.** | **Qty/Measure** / **Value** |

**Description**

Item #1: (1) Samsung SCH-S738C - Cellular telephone
01/02/14 - TOT Trooper D Computer Crimes Unit for analysis
01/17/14 - TOT NE Cyber Forensics Center for analysis - Genl 15 (NYSP Receipt and release of property) completed/attached

| 58. Name | Property Status |
|---|---|
| MAHER, RYAN M | SEIZED |
| **Property Type** | **Make or Model / Drug** |
| COMPUTER HARDWARE/SOFTWARE | SONY PLAYSTATION 3 |
| **Serial No.** | **Qty/Measure** / **Value** |
| CH064847283 | |

**Description**

Item #2: (1) Sony Playstation 3 - Serial #CH064847283-CECH-2501A w/ power cord, HDMI cord, eye camera and controller
01/15/14 - TOT Trooper D Computer Crimes Unit for analysis
01/17/14 - TOT NE Cyber Forensics Center for analysis - Genl 15 (NYSP Receipt and release of property) completed/attached

| 58. Name | Property Status |
|---|---|
| | SEIZED |
| **Property Type** | **Make or Model / Drug** |
| RECORDINGS - AUDIO VISUAL | DVD |
| **Serial No.** | **Qty/Measure** / **Value** |
| N/A | |

**Description**

Item #3: DVD of Facebook archive

| 58. Name | Property Status | |
|---|---|---|
| MAHER, RYAN M | SEIZED | |
| **Property Type** | **Make or Model / Drug** | |
| RECORDINGS - AUDIO VISUAL | DVD | |
| **Serial No.** | **Qty/Measure** | **Value** |
| N/A | | |
| **Description** | | |
| Item #1F: DVD containing preview results of Item #1 | | |

| 58. Name | Property Status | |
|---|---|---|
| MAHER, RYAN M | SEIZED | |
| **Property Type** | **Make or Model / Drug** | |
| RECORDINGS - AUDIO VISUAL | COMPACT DISC | |
| **Serial No.** | **Qty/Measure** | **Value** |
| N/A | | |
| **Description** | | |
| Item #1A: (1) compact disc containing the downloaded contents of Item #1: Samsung cellular telephone | | |

| 58. Name | Property Status | |
|---|---|---|
| MAHER, RYAN M | SEIZED | |
| **Property Type** | **Make or Model / Drug** | |
| RECORDINGS - AUDIO VISUAL | COMPACT DISC | |
| **Serial No.** | **Qty/Measure** | **Value** |
| N/A | | |
| **Description** | | |
| Item #2A: (1) compact disc containing the downloaded contents of Item #2: Sony Playstation 3 | | |

**Total Property Value :**    $.00

## NARRATIVE

| Date of Action | Date Written | Officer Name & Rank |
|---|---|---|
| 12/26/2013 | 12/26/2013 | WILMOT, ANDREW (INV) |

**Narrative**

BCI CASE ADOPTION - SEXUAL ABUSE IN THE FIRST DEGREE - INV WILMOT ASSIGNED

12/26/13 - Madison County Child Protective Services reported being in receipt of an Intake Report that alleged the sexual abuse of a 4-yr-old female that occurred in the Village of Chittenango - Madison County - Investigator Andrew D. Wilmot assigned.

| Date of Action | Date Written | Officer Name & Rank |
|---|---|---|
| 12/26/2013 | 12/26/2013 | WILMOT, ANDREW (INV) |

**Narrative**

INITIAL ENTRY

Today's date, I was contacted by Suzanne White, a Madison County Child Protective Services Caseworker assigned to the Child Advocacy Center, who advised being in receipt of a Child Protective Services Intake Report that noted 4-yr-old ▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓, of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, had disclosed that ▓▓▓▓▓▓▓▓▓▓▓▓, Ryan, had asked her to touch his penis sometime between December 19 and December 21, 2014. She said she had been in contact with the child's mother, ▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓ and arrangements had been made to interview the two at the Child Advocacy Center on December 28th.

| Date of Action | Date Written | Officer Name & Rank |
|---|---|---|
| 12/28/2013 | 12/28/2013 | WILMOT, ANDREW (INV) |

**Narrative**

INTERVIEW - ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Today's date, 10:30 AM, while at the Child Advocacy Center, Caseworker White and I conducted a forensic interview with ▓▓▓▓▓▓ in accordance with New York State Forensic Interviewing Best Practices. It was noted that she separated easily from her mother and communicated well. She was clean, appropriately dressed and appeared healthy. When asked who she lives with,

said, "Grandma, Mommy, Papa", "Ryan doesn't live there anymore" and "Poppy doesn't want him to, he had to leave". When asked if something had happened, she replied, "he always shows me his penis and has me touch it". A developmental assessment showed her to be of average intelligence for her age as she was able to count and engage in age appropriate games. A testimonial capacity was determined using examples to show she understood the difference between the truth and a lie. Her knowledge/understanding of body parts was explored during which she identified her genitals as her "vagina" and added that boys have penises. She also identified her buttocks as her "butt" and her breasts as her "boobie".

When asked if anyone had ever asked her to touch their penis, she replied, "Ryan did". When asked where it happened, she replied, "my house". When asked where in her house, she replied, "Mommy's and Ryan's room". When asked how many times Ryan had asked her to touch his pee pee, she replied, "he didn't, it was his penis". When asked what she was doing at the time, she replied, "sitting". When asked what Ryan was doing, she replied, "standing up getting dressed, he asked if I wanted to do the picture game". When asked, "What is the picture game", she did not reply. When asked if her clothes were on or off during the picture game, she replied, "off". When asked what you play the picture game with, she replied, "a camera". When asked how you play that game, she replied, "I don't know". When asked how many times he asked her to touch his penis, she replied, "one". When asked what it felt like, she replied, "soft, like grass". When asked if anything else happened, she replied, "no". When asked how long it happened, she replied, "ten minutes", and quickly added, "I didn't want to" and "he wanted me to rub it, I rubbed it by myself". When asked if anything happened, she replied, "no", and with a grimace said, "his penis like spits". When asked if she rubbed on it until it spits, she replied, "no, Ryan did". When asked who cleaned up the spit, she replied, "it comes out by itself". When asked how many times that happened, she replied, "one". When asked if it was the same day he had her touch his penis, she replied, "same day". When asked what his penis looked like, she replied, "soft, like grass" and then added, "like, soft and hard". When asked if she had told anyone, she replied, "Poppa and Grandma". When asked if she thought Ryan should have asked her to touch his penis, she replied, "no" and when asked how many times Ryan asked her to play the picture game, she replied, "a lot".

| Date of Action | Date Written | Officer Name & Rank |
|---|---|---|
| 12/28/2013 | 12/28/2013 | WILMOT, ANDREW (INV) |
| Narrative | | |

INTERVIEW -

Today's date, following the interview with _____, an interview was conducted with _____ who identified _____ Ryan Maher _____. She said she had been dating Maher for a short time and that he had been residing with her and her parents at _____. She said the day her daughter disclosed the alleged abuse, she was watching TV in her room with Maher when her father asked her to come downstairs. She said her father told her that _____ had come into the bathroom unannounced and when he addressed the matter, she made a comment about having seen Ryan's penis. She said she talked with her daughter who told her that Ryan had showed her his penis earlier that same day. She said between the hours of 11:30 AM and 1:00 PM, she left her daughter alone with Maher while she went to the hospital in Syracuse along with her mother to get her father who was being discharged from St Joseph's Hospital. She said her father confronted Ryan who denied any wrongdoing. A Genl 4 (Supporting deposition) was obtained and a copy attached as enclosure #1 to this report.

It was noted during the interview that _____ was well aware that Maher was a registered sex offender when she agreed to leave her daughter in his care. It was also noted that Maher would have had contact with 6-yr-old _____ as well.

Following the interview, I talked with _____ at length about participating in a controlled telephone call with Maher in an attempt to gather information relative to the investigation.

| Date of Action | Date Written | Officer Name & Rank |
|---|---|---|
| 12/28/2013 | 12/28/2013 | WILMOT, ANDREW (INV) |
| Narrative | | |

CONTROLLED TELEPHONE CALL - _____

Today's date, _____ signed a waiver to intercept communication and conducted a controlled telephone call to Maher wherein he said he had been in the bathroom masturbating when _____ walked in while he was at the point of ejaculation. The recorded call will be downloaded onto a compact disc at a later date. The waiver will remain a part of the case on file.

| Date of Action | Date Written | Officer Name & Rank |
|---|---|---|
| 12/28/2013 | 12/28/2013 | WILMOT, ANDREW (INV) |

**Narrative**

CONSENT TO SEARCH - ▮▮▮▮▮▮▮▮▮▮

Today's date, ▮▮▮▮▮▮ provided password information and signed a consent to search form to obtain the contents of her Facebook page that she said would show Maher to have communicated with her from accounts in the names of James Matthew and Ryan Cic Coe. It was suspected Maher was using the names to avoid having to register the accounts as required by the Sex Offender Registration Act. The consent to search will remain a part of the case on file.

Christina was shown how to archive her account and I later contacted Investigator Karl Stonebarger of the Computer Crimes Unit who said he would download the information onto a compact that will be secured into evidence.

| Date of Action | Date Written | Officer Name & Rank |
|---|---|---|
| 12/28/2013 | 12/28/2013 | WILMOT, ANDREW (INV) |

**Narrative**

INTERVIEW - ▮▮▮▮▮▮▮▮▮▮

Today's date, contact was made with ▮▮▮▮▮▮▮▮ parents, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ who agreed to bring their son to the Child Advocacy Center where a forensic interview was conducted with the child who made no reference to anyone having subjected him to any type of inappropriate physical or sexual contact.

Following the interview, ▮▮▮▮▮ said ▮▮▮▮▮ had never disclosed that he had been subjected to any type of sexual contact nor had there been any indication from his interaction with Ryan that would have lead him to believe otherwise. He was made aware of ▮▮▮▮▮'s disclosure and advised to supervise the two more closely when they are together.

| Date of Action | Date Written | Officer Name & Rank |
|---|---|---|
| 12/28/2013 | 12/28/2013 | WILMOT, ANDREW (INV) |

**Narrative**

INTERVIEW - RYAN M. MAHER

Today's date, I went to ▮▮▮▮▮▮▮▮▮ in the Town of Cicero along with Investigator Scott Weber where Maher agreed to be transported to the NYSP Sullivan satellite for an interview. He was read Miranda Warnings during transport and agreed to speak with us without a lawyer present. He said he was already aware from talking with ▮▮▮▮▮ and ▮▮▮▮▮▮▮▮ that ▮▮▮▮▮ said she had seen his penis. He said ▮▮▮▮▮ had seen his penis, but she never touched it. He said he would estimate that ▮▮▮▮▮ had seen his penis about four times. He said three of those four times he was in the bathroom urinating and one of those times he was in the bathroom masturbating when she walked in. He said all four of those incidents occurred at ▮▮▮'s house where he had been staying since the beginning of October 2013. He said the last time ▮▮▮▮▮ walked in the bathroom to find him masturbating was this past Sunday. He said he was in an upstairs bathroom when she walked in as he was in the process of ejaculating. He said he turned away as quickly as he could but she still saw what he was doing. He denied that he had taken any pictures of ▮▮▮▮▮ without her clothes on. He said the only thing he could think of regarding the picture game involved him showing her pictures on his Playstation 3. He signed a voluntary consent to search form for both his cellular telephone and his Playstation 3. The cellular telephone was subsequently secured into evidence and arrangements were made to secure the Playstation 3 from his bedroom located at his grandparents residence on Button Road. A copy of the two consent forms will remain a part of the case on file. A GenI 19 (Voluntary statement) was obtained and a copy attached as enclosure #2 to this report.

A repository inquiry thru the Division of Criminal Justice Services (DCJS) showed Maher to be a level II registered sex offender relative to a sexual abuse conviction out of Onondaga County.

| Date of Action | Date Written | Officer Name & Rank |
|---|---|---|
| 12/28/2013 | 12/28/2013 | WILMOT, ANDREW (INV) |

**Narrative**

CASE REVIEW - MADISON COUNTY DISTRICT ATTORNEY

Today's date, I conferred with Assistant District Attorney Elizabeth Healy who recommended charging Maher with one count of sexual abuse in the first degree.

| Date of Action | Date Written | Officer Name & Rank |
|---|---|---|
| 12/28/2013 | 12/28/2013 | WILMOT, ANDREW (INV) |
| **Narrative** | | |

ARREST - RYAN M. MAHER

Today's date, Maher was charged with one count of sexual abuse in the first degree. He was processed and later arraigned before Judge Michael St.Ledger in the Town of Sullivan Court where he was remanded to the Madison County Jail in lieu of $20,000 cash/$50,000 bond until his next scheduled appearance in the Town of Sullivan Court on January 2, 2014 @ 11:00 AM to answer the charge. An order of protection was issued at arraignment directing Maher to have no further direct or indirect contact with ▮▮▮▮▮▮▮▮.

| Date of Action | Date Written | Officer Name & Rank |
|---|---|---|
| 12/28/2013 | 12/28/2013 | ROBERTSON, MILES (TPR) |
| **Narrative** | | |

EVIDENCE OBTAINED (ITEM #2)

Today's date, at the request of Investigator Wilmot, Trooper Poole and I responded to 8556 Button Rd in the Town of Cicero where we interviewed Maher's grandparents, Sharon and Larry Putman, who signed a voluntary consent to search form to secure the Sony Playstation 3 into evidence. A Genl 15 (NYSP Receipt and release of property) was completed and the evidence record updated to reflect the transaction. The consent to search will remain a part of the case on file.

| Date of Action | Date Written | Officer Name & Rank |
|---|---|---|
| 01/08/2014 | 01/11/2014 | WILMOT, ANDREW (INV) |
| **Narrative** | | |

CASE STATUS / SEARCH WARRANT OBTAINED

To date, I have been in contact with Sergeant Michael Norton of the McMahon Ryan Child Advocacy Center who provided me with a copy of a case from September 2011 where it was noted Maher had engaged in similar activity with his 3-yr-old son whom he said had walked in on him at the point of ejaculation.

Today's date, a search warrant was obtained from the Village of Chittenango Court to examine the contents of Maher's cellular telephone and playstation. A copy of the warrant is attached as enclosure #3 to this report.

| Date of Action | Date Written | Officer Name & Rank |
|---|---|---|
| 01/15/2014 | 03/10/2014 | WILMOT, ANDREW (INV) |
| **Narrative** | | |

LIMITED FORENSIC PREVIEW / EVIDENCE OBTAINED (ITEM #1F)

Today's date, I conducted a limited forensic preview on the items of evidence that did not appear were used by Maher to engage the victim in a sexual performance. It was noted that the cellular telephone had a Facebook account under the name of Ryan Cic Coe with an email of ▮▮▮▮▮▮▮@facebook.com, a gmail address of ▮▮▮▮▮▮▮@gmail.com and a yahoo address of ▮▮▮▮▮▮▮@yahoo.com. It was also noted that a search of the browser history on the cellular telephone showed sites such as "Photos nudity, kids@iMGSRC.RU" and "Album search, preteen gif@iMGSRC.RU". The preview results were downloaded onto a DVD that was secured into evidence. A Genl 2A (Evidence record continuation sheet) completed to reflect the transaction that was recorded as follows:

   Item #1F: DVD containing the preview results of Item #1

| Date of Action | Date Written | Officer Name & Rank |
|---|---|---|
| 01/17/2014 | 03/10/2014 | WILMOT, ANDREW (INV) |
| **Narrative** | | |

CASE STATUS / EVIDENCE DISPOSITION (ITEMS #1 &#2)

Today's date, Items #1 & #2 were turned over to Anthony Martino for a forensic analysis to be conducted by members of the NE Cyber Forensics Center. A Genl 15 (NYSP Receipt and release of property) was completed and the evidence record updated to reflect the transaction. A copy of the release of property form is attached as enclosure #4 to this report.

Also on this date, I spoke with Raymond Tashijian from the Division of Criminal Justice Services Sex Offender Registration Unit

who said Maher did not appear to have registered the information obtained as required. He said he would send me a certified copy of the registration forms on file.

| Date of Action | Date Written | Officer Name & Rank |
|---|---|---|
| 04/04/2014 | 04/09/2014 | WILMOT, ANDREW (INV) |
| **Narrative** | | |

EVIDENCE OBTAINED (ITEMS #1A & #2A)

To date, I have been in contact with Anthony Martino who said none of the items submitted to the NE Cyber Forensics Center contained evidence of child pornography. He said he had completed a Forensic Report that upon receipt, will be attached as enclosure #5 to this report.

Today's date, the items submitted were returned to SP Oneida along with two compact discs containing the examination results. The evidence record was updated and a Genl 2A (Evidence record continuation sheet) completed to reflect the transaction that was recorded as follows:

   Item #1A: (1) compact disc containing the downloaded contents of Item #1: Samsung cellular telephone; and
   Item #2A: (1) compact disc containing the downloaded contents of Item #2: Sony Playstation 3

| Date of Action | Date Written | Officer Name & Rank |
|---|---|---|
| 04/09/2014 | 04/09/2014 | WILMOT, ANDREW (INV) |
| **Narrative** | | |

SEARCH WARRANT RETURN

Today's date, a search warrant return was signed by Judge John Button who directed the property obtained be held by the State Police or any other court in which the offense is triable. A copy of the return is attached as enclosure #6 to this report.

| Date of Action | Date Written | Officer Name & Rank |
|---|---|---|
| 05/29/2014 | 07/04/2014 | WILMOT, ANDREW (INV) |
| **Narrative** | | |

ARREST - RYAN M. MAHER

Today's date, at the direction of Madison County District Attorney William Gabor, Maher was charged with failing to register the discovered internet details as required by the Corrections Law. He was picked up upon his release from the Madison County Jail, processed and later arraigned before Judge Christina Sudol of the Village of Chittenango Court where he was remanded to the Madison County Jail in lieu of $10,000 cash/$20,000 bond until his next scheduled appearance in the Village of Chittenango Court on June 18, 2014 @ 2:00 PM to answer the charge.

For administrative purposes, the additional arrest was documented in SJS #5682903.

| Date of Action | Date Written | Officer Name & Rank |
|---|---|---|
| 07/04/2014 | 07/04/2014 | WILMOT, ANDREW (INV) |
| **Narrative** | | |

FINAL / CLOSING ENTRY

07/04/14 - SP Oneida BCI case #5440754 is submitted closed by the arrest of Ryan M. Maher with evidence and property being retained by the State Police at Oneida.

Enclosures:

   1) Genl 4 (Supporting deposition) - ███████████ (2 pages)
   2) Genl 19 (Voluntary statement) - Ryan Maher (2 pages)
   3) Search warrant - Village of Chittenango Court (1 page)
   4) Genl 15 (NYSP Receipt and release of property) - Item #1 & #2 (1 page)
   5) NE Cyber Forensics Center report - Anthony Martino (4 pages)
   6) Search warrant return - Village of Chittenango Court (1 page)

| Date of Action | Date Written | Officer Name & Rank |
|---|---|---|
| 03/25/2015 | 03/25/2015 | NEWTON, LANE (SR INV) |

**Narrative**

Case Disposition:

On 07/14/14 MAHER plead guilty to EWOC and recieved 1-3 years in State Prison. Plea in satisfaction of unrelated charges in Onondaga County.

On 03/25/15 all evidence secured in this investigation is forwarded for destruction as the Samsung Cell Phone and Sony Play Station 3 were used by the defendant in violation of the terms of his sex offender status.

Case Closed By Arrest. No PPD/PFD


ENCLOSURES: None

## ADMINISTRATIVE

| 74. Inquiries | 75. NYSPIN Message No. | 76. Complainant Signature | |
|---|---|---|---|
| CH WW | N/A | | |
| 77. Reporting Officer Signature (Include Rank) | | 78. ID No. | 79. Supervisor Signature (Include Rank) | 80. ID No. |
| INV ANDREW WILMOT | | 3162 | SR INV LANE NEWTON | 1346 |
| 81. Status | 82. Status Date | 83. Notified/TOT | |
| ARREST - ADULT | 03/25/2015 | N/A | |

**Solvability Total** 0