# EXHIBIT 2

GENL-19 REV (04/08) VOLUNTARY STATEMENT

# NEW YORK STATE POLICE

## VOLUNTARY STATEMENT

**COUNTY OF** MADISON  
**VILLAGE OF** CHITTENANGO  

**STATEMENT START TIME:** 4:27 ☐ AM ☒ PM  
**DATED:** DECEMBER 28, 2013

I, RYAN M. MAHER, AGE: 27 AND BORN ON: ███ /86, AND RESIDING AT: ███████ CHITTENANGO NY 13037, HAVE BEEN ADVISED BY: INVESTIGATOR ANDREW D. WILMOT, OF THE NEW YORK STATE POLICE, OF THE FOLLOWING:

I HAVE THE RIGHT TO REMAIN SILENT AND I DO NOT HAVE TO MAKE ANY STATEMENT IF I DO NOT WANT TO.

IF I GIVE UP THAT RIGHT, ANYTHING I DO SAY CAN AND WILL BE USED AGAINST ME IN A COURT OF LAW.

I HAVE THE RIGHT TO HAVE A LAWYER PRESENT BEFORE MAKING ANY STATEMENT OR AT ANY TIME DURING THIS STATEMENT.

IF I SHOULD DECIDE THAT I DO WANT A LAWYER AND CANNOT AFFORD TO HIRE ONE, A LAWYER WILL BE APPOINTED FOR ME FREE OF CHARGE AND I MAY HAVE THAT LAWYER PRESENT BEFORE MAKING ANY STATEMENT.

I ALSO UNDERSTAND THAT I HAVE THE RIGHT TO STOP AT ANY TIME DURING THIS STATEMENT AND REMAIN SILENT AND HAVE A LAWYER PRESENT.

I FULLY UNDERSTAND THESE RIGHTS AND AT THIS TIME, I AGREE TO GIVE UP MY RIGHTS AND MAKE THE FOLLOWING STATEMENT;

_____ WITNESS        _____ RYAN M. MAHER

It is 4:27 PM on December 28, 2013, and I am at the New York State Police satellite office in the Town of Sullivan talking with Investigator Andrew D. Wilmot about sexual allegations involving a 5-year-old girl I know to be M████ V████. I currently reside at ████████████ in the Village of Chittenango with M████'s mother, Christina Verne, and her parents, Ken and Barbara Verne. I have been read Miranda Warnings by Investigator Wilmot and I understand that I may have an attorney with me while I am being questioned and while I am giving this statement. I have told Investigator Wilmot that I do not want an attorney and that I would like to talk with him about the events that have lead up to me being here today.

Earlier today, Investigtor Wilmot stopped by my grandparents house at ████████████ in the Town of Cicero and asked me to come with him to talk about the allegations. I was already aware from

PAGE 1 OF 2 PAGES

GENL-19 REV (04/08) VOLUNTARY STATEMENT

talking with M▇▇ mother and grandfather that M▇▇ said she had seen my penis. Investigator Wilmot has made me aware that there is an allegation that I had asked M▇▇ to touched my penis as well. M▇▇ has seen my penis, but she has never touched it. I would estimate that M▇▇ has seen my penis about four times. Three of those four times I was in the bathroom peeing and one of those times I was in the bathroom masturbating when she walked in. All four of those incidents occurred at Ken's house where I had been staying since the beginning of October 2013. The last time M▇▇ walked in the bathroom to find me mastrubating was this past Sunday. I was in an upstairs bathroom when she walked in as I was in the process of ejaculating. I turned away as quickly as I could but she still saw what I was doing. Again, at no time did M▇▇ touched my penis and I don't know why she would say otherwise. Investigator Wilmot has also made me aware that M▇▇ said I like to play the picture game with her in which I would take pictures of her without her clothes on. I have never taken a picture of M▇▇ without her clothes on. The only thing I can think of regarding that is M▇▇ was talking about picutres that I show her on my Playstation 3. I have been asked by Investigator Wilmot if I would give the State Police my permission for a complete search of my cellular telephone and my Playstation 3 for this investigation. My cellular telephone is a Samsung SCH-S738C and the number assigned to me thru Straight Talk is 315-200-8503. My Playstation 3 is located in my bedroom at my grandparents house on ▇▇ Road. I have voluntarily signed two consent forms granting my permission for those searches to be conducted. Everything I've told Investigator Wilmot is the truth and I know it's a crime to lie to the police in a written statement. - *(END OF STATEMENT)*

**NOTICE**

**Penal Law § 210.45** — IN A WRITTEN INSTRUMENT, ANY PERSON WHO KNOWINGLY MAKES A FALSE STATEMENT WHICH SUCH PERSON DOES NOT BELIEVE TO BE TRUE HAS COMMITTED A CRIME UNDER THE LAWS OF THE STATE OF NEW YORK PUNISHABLE AS A CLASS A MISDEMEANOR.

AFFIRMED UNDER PENALTY OF PERJURY

This __28__ day of __DECEMBER__, 2013.

OR

SUBSCRIBED AND SWORN TO BEFORE ME

This ____ day of __MONTH__, 2008.

SIGNATURE OF DEPONENT: RYAN M. MAHER

SIGNATURE OF WITNESS

STATEMENT END TIME: 6:10 PM / 6:15